1  Jonathan Brand, State Bar # 124166
   LAW OFFICES OF JONATHAN BRAND
2  1777 Botelho Drive, Suite 220
   Walnut Creek, California 94596
3  Telephone (925) 295-1670
   Facsimile (925) 955-1636
4  mailbox9@jb-law.com

5  Attorney for Plaintiff
   PRECILLA CANILAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECILLA CANILAO,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP; and DOES 1 to 20,<br><br>    Defendants.<br>_____ / | No. C09-05392 MEJ<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTY** |

Plaintiff, PRECILLA CANILAO, and Defendant, BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP (erroneously sued herein as "THE PEPSI BOTTLING GROUP, INC."), through their respective attorneys of record, stipulate and agree as follows:

(1) THE PEPSI BOTTLING GROUP, INC., is no longer a party to this action by reason of: incorrect name;

(2) BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP is substituted as a party to this action in place of the party identified in paragraph (1);

(3) Defendant, BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP, hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

1  Dated: 1-5-10           LAW OFFICES OF JONATHAN BRAND

2

3                          _____
                           JONATHAN BRAND
4                          Attorney for Plaintiff
                           PRECILLA CANILAO
5

6

7  Dated: 12/29/09         LOW, BALL & LYNCH

8

9                          _____
                           DALE L. ALLEN, JR.
                           Attorney for Defendant
10                         BOTTLING GROUP, LLC, dba PEPSI
                           BOTTLING GROUP
11

12

13
                           **ORDER**
14
   IT IS SO ORDERED.
15
                           _____
16 Dated: January 11, 2010
                           MAGISTRATE JUDGE MARIA-ELENA JAMES
17

18

19

20

21

22

23

24

25

26

27

28

Case No. C09-05392 MEJ        Stipulation and Order Substituting Party        Page 2

**CERTIFICATE OF SERVICE**
**(28 USC 1746 & L.R. 5-6)**

I, Christy L. Lyons, declare:

I am employed in the County of Contra Costa, California. I am over the age of 18 years, and not a party to the within action. My business address is 1777 Botelho Drive, Suite 220, Walnut Creek, California 94596.

On January __8__, 2010, at my place of business at Walnut Creek, California, I caused to be served, in the manner indicated below, the within: STIPULATION AND ORDER SUBSTITUTING PARTY on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Gail C. Trabish, Esq.
BOORNAZIAN, JENSEN & GARTHE
P.O. Box 12925
Oakland, CA 94604-2925
**Attorneys for Defendant, Target Corporation**

Dale L. Allen, Jr., Esq.
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
**Attorneys for Defendant, Bottling Group, LLC dba Pepsi Bottling Group**

__✓__ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. mail at Walnut Creek, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January __8__, 2010, in the City of Walnut Creek, County of Contra Costa, California.

_____
Christy L. Lyons, Declarant