**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

PRECILIA CANILAO,
        Plaintiff,

    v.

TARGET CORPORATION, et al.,
        Defendants.
_____/

No. C 09-5392 MEJ

**ORDER DENYING REQUEST FOR DEFENDANT TARGET CORPORATION'S CLAIMS REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:     to be determined
Mediator:   Dean Alper

     IT IS HEREBY ORDERED that the request for defendant Target Corporation's claims

representative, John Damico, to be excused from personally attending the mediation session before

Dean Alper is DENIED.  The court finds that Mr. Damico has <u>not</u> demonstrated that his personal

attendance at the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in

accordance with ADR L.R. 6-10(d).  Accordingly, the court DENIES Mr. Damico's request to be

relieved from compliance with the ADR Local Rules and ORDERS Mr. Damico to appear at the

mediation in person.

     IT IS SO ORDERED.

July 1, 2010
_____
Dated

By: _____
*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge