UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECILLA CANILAO,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, THE PEPSI BOTTLING GROUP, INC., and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: C09-05392 MEJ<br><br>[Alameda County Case No.: RG09475578]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: September 23, 2009 |

IT IS HEREBY STIPULATED by and between Plaintiff PRECILLA CANILAO, Defendant TARGET CORPORATION and Defendant BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP, by and through their attorneys of record, that Plaintiff will dismiss, with prejudice, TARGET CORPORATION and BOTTLING GROUP, LLC, dba PEPSI BOTTLING GROUP pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: March 18, 2011

LAW OFFICES OF JONATHAN BRAND

By: _____
JOHNATHAN BRAND, ESQ.
Attorneys for Plaintiff
PRECILLA CANILAO

-1-

1  DATED: March 21, 2011                          LOW, BALL & LYNCH

3                                                 By: _____
4                                                      DALE L. ALLEN, JR. ESQ.
                                                       Attorneys for Defendant
5                                                      BOTTLING GROUP, LLC, dba PEPSI
                                                       BOTTLING GROUP

8  DATED: March 21, 2011                          BOORNAZIAN, JENSEN & GARTHE
                                                  A Professional Corporation

11                                                By: _____
                                                       GAIL C. TRABISH, ESQ.
12                                                     Attorneys for Defendant
                                                       TARGET CORPORATION

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: March 23, 2011
                                                  _____
                                                  HON. MARIA-ELENA JAMES
                                                  CHIEF, U. S. MAGISTRATE JUDGE

26239\532515

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No. C09-05392 MEJ